UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA YIM,<br><br>                Plaintiff,<br><br>v.<br><br>AMAZON.COM INC, SHENZHEN CHARMAST TECHNOLOGY CO LTD,<br><br>                Defendants. | CASE NO. 2:25-cv-02103-BAT<br><br>**ORDER RESETTING BRIEFING SCHEDULE ON DEFENDANT AMAZON'S MOTION TO DISMISS** |

The Court, having considered the parties' Stipulation Regarding Withdrawal of Amazon.com, Inc.'s Pending Motion to Dismiss and Briefing Schedule on Amended Motion to Dismiss, **GRANTS** the motion. Amazon shall file an amended motion to dismiss by November 14, 2025; Plaintiff's opposition is due December 5, 2025; and Amazon's reply is due December 19, 2025.

DATED this 13th day of November, 2025.

                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge